FILED
2017 JUL 11 AM 11: 14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Wong Hung Ng (6) aka "Mia"
DEFENDANT(S).

CASE NUMBER
~~16CR1716BQH~~ 17MJ01730

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: United States District Court
in the Southern District of California on 7/10/17
at 1500 ☐ a.m. / ☑ p.m. The offense was alleged committed on or about 1/12/17
in violation of Title 21 + 18 U.S.C., Section(s) 959, 960, 963, 841(a)(1), 846,
to wit: 18 USC 1956(a)(1)(B)(i)(a)(2)(B)(i)(h)

A warrant for defendant's arrest was issued by: Hon. Nita L. Stormes

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in _____ 7/11/17 _____, by
_____, Deputy Clerk.

_____                    Caleb A. Lizo
Signature of Agent                          Print Name of Agent

Homeland Security Investigations            HSI Special Agent
Agency                                      Title

CR-52 (05/98)          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT