UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>Wong Hang Ng (6) aka "Mui"   DEFENDANT | CASE NUMBER: 17MJ01730<br>16CR1996-WQH<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7/10/2017  1500   ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC: 959, 960, 963 + 21 USC: 841(a)(1) 846 + 18 USC 1956
   + 21 USC: 853; 18:982 (a)(1)(B)(i)
   (a)(2)(B)(i)
   (h)

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No  ☑ Yes   Language: Chinese/Mandarin

7. Year of Birth: ▓▓-1979

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith x5569

10. Remarks (if any): _____

11. Name: CALEB A. LAZO   (please print)
12. Office Phone Number: 310-335-5952
13. Agency: ICE-HSI
14. Signature: /s/
15. Date: 7-11-17

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION