AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Wong Hung Ng (6) aka "Mau"

**17 MJ01730**

**WARRANT FOR ARREST**

**Case Number:**   16CR1996-WQH

## NOT FOR PUBLIC VIEW

FILED
JUL 11 AM11: 25

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Wong Hung Ng (6)
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☐ Pretrial Violation

charging him or her with  (brief description of offense):
21:959,960,963 -- International Conspiracy to Distribute Controlled Substances
21:959,960 – International Distribution of Controlled Substances
21:841(a)(1),846 – Conspiracy to Distribute Controlled Substances
18:1956(a)(1)(B)(i),(a)(2)(B)(i),(h) -  Conspiracy to Launder Monetary Instruments
21:853; 18:982 – Criminal Forfeiture

In violation of Title ____See Above____   United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

s/ M. Lozano
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

1/12/2017 San Diego, CA
Date and Location

Bail fixed at $ _____NO BAIL_____   by _____The Honorable Nita L. Stormes_____
                                                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |