UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Western Division | ~~UNDER SEAL~~ |
|---|---|---|
| Plaintiff, | | |
| vs. | Case Number: 2:17-MJ-01730 | Out of District Affidavit |
| | Initial App. Date: 07/11/2017 | Custody |
| Wong Hung Ng | Initial App. Time: 2:00 PM | |
| Defendant. | Date Filed: 07/11/2017 | |
| | Violation: 21usc959,960, 963, 841(a)(1), 846, 18usc1956(a)(1)(B)(i),(a)(2)(B)(i); 21usc853, 18usc982 | |
| | CourtSmart/ Reporter: MAREA WOOLRICH | |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Karen L. Stevenson**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Horan Walker, Roxanne — Deputy Clerk | Sarah Lee — Assistant U.S. Attorney | Shirly Hong — Interpreter/Language: Mandarin

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Deborah Gonzalez, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL ~~Complaint~~/Indictment/~~Information/Entire Case~~. ☑ GRANTED ☐ DENIED as to A only.
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside, at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received
☑ Court ORDERS defendant Held to Answer to Southern District of California @ San Diego
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☑ Warrant of removal and final commitment to issue. Date issued: 7-11-2017 By CRD: RL
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☑ PSA ☐ USPO   ☑ FINANCIAL   ☑ READY   Deputy Clerk Initials RL

: 3 mins.