SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-2848
     Facsimile:     (213) 894-0141
     E-mail:   sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 1 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WONG HUNG NG aka "Mau",<br><br>　　　　　Defendant. | No. CR *17-mj-1730*<br><br>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |

　　　Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐　1.　Temporary 10-day Detention Requested (§ 3142(d)) on the

　　　　following grounds:

　　☐　a.　present offense committed while defendant was on release

　　　　　pending (felony trial),

　　☐　b.　defendant is an alien not lawfully admitted for

　　　　　permanent residence; and

1    ☐   c.   defendant may flee; or

2    ☐   d.   pose a danger to another or the community.

3    ☒   2.   Pretrial Detention Requested (§ 3142(e)) because no

4         condition or combination of conditions will reasonably

5         assure:

6    ☒   a.   the appearance of the defendant as required;

7    ☒   b.   safety of any other person and the community.

8    ☐   3.   Detention Requested Pending Supervised Release/Probation

9         Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10        § 3143(a)):

11   ☐   a.   defendant cannot establish by clear and convincing

12             evidence that he/she will not pose a danger to any

13             other person or to the community;

14   ☐   b.   defendant cannot establish by clear and convincing

15             evidence that he/she will not flee.

16   ☒   4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

17        § 3142(e)):

18   ☒   a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19             (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20             greater maximum penalty (presumption of danger to

21             community and flight risk);

22   ☐   b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23             2332b(g)(5)(B) with 10-year or greater maximum penalty

24             (presumption of danger to community and flight risk);

25   ☐   c.   offense involving a minor victim under 18 U.S.C.

26             §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27             2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1   2260, 2421, 2422, 2423 or 2425 (presumption of danger

2   to community and flight risk);

3   ☐   d.   defendant currently charged with an offense described

4   in paragraph 5a - 5e below, <u>AND</u> defendant was

5   previously convicted of an offense described in

6   paragraph 5a - 5e below (whether Federal or

7   State/local), <u>AND</u> that previous offense was committed

8   while defendant was on release pending trial, <u>AND</u> the

9   current offense was committed within five years of

10   conviction or release from prison on the above-

11   described previous conviction (presumption of danger to

12   community).

13   ☒   5.   Government Is Entitled to Detention Hearing Under § 3142(f)

14   If the Case Involves:

15   ☐   a.   a crime of violence (as defined in 18 U.S.C.

16   § 3156(a)(4)) or Federal crime of terrorism (as defined

17   in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

18   sentence is 10 years' imprisonment or more;

19   ☐   b.   an offense for which maximum sentence is life

20   imprisonment or death;

21   ☒   c.   Title 21 or MDLEA offense for which maximum sentence is

22   10 years' imprisonment or more;

23   ☐   d.   any felony if defendant has two or more convictions for

24   a crime set forth in a-c above or for an offense under

25   state or local law that would qualify under a, b, or c

26   if federal jurisdiction were present, or a combination

27   or such offenses;

28

3

☐    e.    any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒    f.    serious risk defendant will flee;

☐    g.    serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

☐   6.   Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//
//

4

☐   7.   Good cause for continuance in excess of three days exists in

that:

_____

_____

_____

_____

Dated: July 11, 2017              Respectfully submitted,

                                  SANDRA R. BROWN
                                  Acting United States Attorney

                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____
                                  SONAH LEE
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

5